IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VERNETA A. COBB,

    Plaintiff,

v.                                           CASE NO. 1:07-cv-00085-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Friday, November 9, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

After an administrative hearing, the Administrative Law Judge ("ALJ") found that Plaintiff's dysthymic disorder is not a "severe" impairment, and that Plaintiff was not disabled under Social Security law. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997). Plaintiff contends that it was inappropriate for the ALJ to conclude that Plaintiff's dysthymia was not a "severe" impairment, and it was error for the ALJ to rely exclusively on the "grids."

The ALJ, relying on the findings of Plaintiff's treating physician, concluded that Plaintiff's depression was not "severe" since there was no evidence that her depression has any functional effect upon her ability to work. Based on this, the Magistrate found that it was not inappropriate for the ALJ to conclude that Plaintiff's dysthymia was not a "severe" impairment, and then to exclusively rely on the "grids." After reviewing the Report, the Court agrees with Magistrate that the ALJ correctly followed the law, and that the decision is based upon substantial evidence in the record. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *13th* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge